**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**STEVEN JAMES ERICKSON,**

**Petitioner,**

**v.**

**DAVID R. CRIST, Warden,**

**Respondent.**

**Civil No. 01-699 (JRT/SRN)**

**O R D E R**

---

Petitioner Steven Erickson is pro se.

Robert A. Stanich, Esq., Assistant Attorney General, State of Minnesota, on behalf of Respondent Crist.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on two motions by Petitioner Steven Erickson in connection with his petition for habeas relief.

First, Mr. Erickson has moved to strike the Respondent's memorandum of law and answer to the habeas petition on the grounds that these papers were filed in an untimely manner, contrary to the requirements of this Court's Order to Show Cause dated April 26, 2001. Specifically, Petitioner

FILED JUN 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Erickson asserts that the Respondent's response to his petition for a writ of habeas corpus was served four days after the Court's deadline. Petitioner requests therefore, that all documents be stricken, and that the Court allow him until June 29, 2001, to file a memorandum of law supporting the granting of his petition for habeas relief.

Respondent Crist contends that his answer and memorandum were not untimely filed, noting that the April 26, 2001, Order to Show Cause directed Warden Crist to file a return within 30 days of that date. Mr. Crist points out that the 30th day after the date of the Order was May 26, a Saturday, and that the following Monday was the Memorial Day holiday. Respondent submits that he filed his answer and memorandum by mail the next business day, May 29, 2001, citing Fed. R. Civ. P. 6(a) (in computing time, day of act from which designated time period begins to run is not included; when last day of time period is Saturday, Sunday, or legal holiday, time period runs until next day which is not one of those days). See Robert A. Stanich's letter dated June 11, 2001.

The Court finds that Respondent Crist's answer and memorandum in response to Petitioner Erickson's petition for a writ of habeas corpus was timely filed under the terms of the Order to Show Cause and Fed. R. Civ. P. 6(a) governing computation of time. Petitioner Erickson's motion to strike the

Respondent's memorandum and answer is denied.

Second, Petitioner Erickson has moved for an extension of time to file his memorandum of law in support of his petition for a writ of habeas corpus. He asks that he be given until July 16, 2001, to file and serve his supporting memorandum. This motion is granted. Petitioner is given until July 16, 2001, to file and serve any memorandum supporting his petition and/or responding to the Respondent's answer and memorandum.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY RECOMMENDED** that:

1) Petitioner Erickson's Motion to Strike the Respondent's Memorandum of Law and Answer to Habeas Corpus Petition (Doc. No. 10) is **DENIED**; and

2) Petitioner Erickson's Motion for an Extension of the Due Date of the Petitioner's Supporting Memorandum of Law (Doc. No. unknown) is **GRANTED**. Petitioner shall have until July 16, 2001, to file with the Clerk of Court for the District of Minnesota, and serve upon counsel for Respondent Crist, any

memorandum of law supporting his petition and/or responding to Respondent's memorandum and answer.

Dated: June 25, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge