# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven James Erickson

v.

David R. Crist, Warden

Case No. Civil 01-699 JRT/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that:**

1. Petitioner Steven Erickson's motion for extension of time to file Objections is GRANTED.
2. Petitioner Steven Erickson' s State Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

DATE: September 30, 2002

RICHARD D. SLETTEN, CLERK

______________________________

Mary Kaye Conery , Deputy Clerk