UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

STEVEN JAMES ERICKSON,

Petitioner,

v.

DAVID R. CRIST, Warden,

Respondent.

Civil No. 01-699 (JRT/SRN)

**ORDER**

---

Steven J. Erickson, #186371, Minnesota Correctional Facility – Stillwater, 970 Pickett Street North, Bayport, MN 55003, petitioner *pro se*.

Robert A. Stanich, Assistant Attorney General, OFFICE OF THE MINNESOTA ATTORNEY GENERAL, 525 Park Street, Suite 500, St. Paul, MN, 55103, for respondent.

On April 23, 2001, petitioner Steven Erickson ("Erickson") filed a motion for a writ of habeas corpus under 28 U.S.C. § 2254, challenging a decision by the Minnesota Supreme Court. This Court determined that the state supreme court's rulings in Erickson's case reasonably determined the facts, applied the law, and were not inconsistent with federal law as determined by the United States Supreme Court. On September 30, 2002, this Court therefore adopted the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson, and dismissed Erickson's petition

JAN 0 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

with prejudice. Erickson now seeks a Certificate of Appealability pursuant to 28 U.S.C. § 2253. He also has applied to proceed *in forma pauperis* on his appeal.

To be excused from paying the $105 appellate filing fee, Erickson must first demonstrate that he cannot afford to pay the full fee. 28 U.S.C. § 1915(a)(1). Erickson is employed at MCF-Stillwater, with bi-weekly take-home pay of $17.50. Moreover, Erickson's prison account balance at the time his affidavit was submitted was $1,144.58. His average monthly deposits for the past six months were $940.20, and his average monthly balance during that time was $939.14. The Court there determines that Erickson is able to pay the filing fee for his appeal.

As for Erickson's motion for a Certificate of Appealability, the Court finds it unlikely that some other court would decide the issues raised in Erickson's appeal differently. The Court also concludes that Erickson has not made a "substantial showing of the denial of a constitutional right," as is required under 28 U.S.C. § 2253(c)(2).

Therefore, based on the foregoing, and all of the records, files and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's Application to Proceed without Prepayment of Fees [Docket No. 23] is **DENIED**.

2. Petitioner's Motion for Certificate of Appealability [Docket No. 22] is **DENIED**.

DATED: Jan 3, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge